UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CASE NO. 5:23-MJ-607 |
| | § |
| **JONATHAN CAVRIALES** | § |

MOTION TO DISMISS CRIMINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas, and respectfully moves this Honorable Court to dismiss without prejudice the Criminal Complaint in the above-styled and numbered cause as to Defendant, **JONATHAN CAVRIALES**, in the interest of justice.

WHEREFORE and in the interest of justice, the Government requests that the Criminal Complaint be dismissed WITHOUT PREJUDICE.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

/s/Gerard Cantu
Gerard Cantu
Assistant United States Attorney

CERTIFICATE OF SERVICE

I, Gerard Cantu, hereby certify that a copy of Government's Motion to Dismiss has been delivered via electronic filing to counsel for Defendant **JONATHAN CAVRIALES**, on this day May 30, 2023.

/s/ Gerard Cantu
Gerard Cantu
Assistant United States Attorney