UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | CASE NO. 5:23-MJ-607 |
| | § § | |
| **JONATHAN CAVRIALES** | § | |

ORDER

Upon consideration of Government's Motion to Dismiss, it is hereby ORDERED that the Criminal Complaint in the above-styled and numbered cause be DISMISSED without prejudice as to Defendant, **JONATHAN CAVRIALES**, in the interest of justice.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Laredo, Texas, this ____ day of _____ 2023.

_____
UNITED STATES MAGISTRATE JUDGE